**Marian HUTNICK, Plaintiff/Appellant,**

v.

**Donald BEIL, Defendant/Respondent,**

**Lillian E. Beil, Mercantile Trust Company, N.A., and Rosalind Sell, Defendants.**

No. ED 83521.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 1, 2005.

Rehearing Denied April 19, 2005.

Michael A. Gross, St. Louis, MO, for appellant.

James H. Ferrick, III, Erin F. Bernstein, Greensfelder, Hemker & Gale, PC, St. Louis, MO, for respondent Donald Beil.

Charles A. Seigel, III, Seigel & Wolff, P.C., St. Louis, MO, for defendant Lillian E. Beil.

Michael N. Bartolacci, Thompson Coburn LLP, St. Louis, MO, for defendant Mercantile Trust Co.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

This is an appeal from a judgment that approved the final accounting for a trust. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a written memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).